**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOAN MORRIS,

              Plaintiff,

vs.

              CIVIL ACTION
              FILE NO.: 1:24-cv-05862-JPB

ORELVI GONZALEZ,

              Defendant.

**PLAINTIFF'S INITIAL DISCLOSURES**

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**The instant personal injury cause of action stems from the automobile versus tractor-trailer collision which occurred on April 14, 2023. Plaintiff's contentions are that Defendant Gonzalez was driving recklessly and failing to keep a proper lookout while failing to maintain his lane which caused the collision to occur. Plaintiff maintains a personal injury claim against Defendant for injuries sustained from the negligent acts of Defendant which proximately caused the same. The legal issues involved in this matter are negligence, proximate cause and damages.**

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

**O.C.G.A. § 40-6-123**
**O.C.G.A. § 40-6-390**

**Common-law principles of negligence and negligence *per se*.**

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**See Attachment A.**

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**See Attachment B.**

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**See Attachment C.**

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**See Attachment D.**

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be

liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**See Attachment E.**

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

**Plaintiff is currently unaware of any subrogation interests in this matter other than her attorneys, Kaila & Solomon Law Group, LLC.**

This 27th day of January 2025.

*/s/ Shaun Daugherty*
Shaun Daugherty, Esq.
Georgia Bar No. 205877
Attorney for Plaintiff

Kaila & Solomon Law Group, LLC
d/b/a Guardian Law Group
200 Sandy Springs PL NE Suite 300
Atlanta, GA 30328
shaun@myguardianlaw.com
404-399-1579 (Direct)
770-462-3349 (Fax)

**ATTACHMENT A**
**(Witness List)**

1. Joan Morris – Plaintiff
   5739 Barrington Run
   Union City, GA 30291
   678-603-7189

2. Orelvi Gonzalez – Defendant
   Upon information and belief:
   69 Wedgewood Lane
   Palm Coast, FL 32164
   Phone number is unknown

3. Officer J. Hardy from South Fulton Police Department who came to the scene of the collision and completed an investigation and report.

4. Plaintiff's medical providers as identified in the medical records.

This matter is in the early stages of development and additional witnesses may be identified through the discovery process.

## ATTACHMENT B
## (Expert Witness List)

Plaintiff identifies her treating physicians, as identified in the attached medical records, as potential witnesses to provide testimony under Fed. R. of Evid. 702, 703 and/or 705.  Plaintiff states that no treating physician has been retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony and, therefore, do not require a report under Fed. R. Civ. P. 26(a)(2)(B).

**ATTACHMENT C**
**(Document List)**

1. Plaintiff identifies his medical records and bills from the following facilities:
   a. Advanced Imaging Centers,
   b. Kaiser Permanente,
   c. Thrive Medical Partners,
   d. 1st Pain Specialists,
   e. Injury Rx,
   f. Atlanta Outpatient Surgery Center, and
   g. Regional Medical Group.
2. Georgia Motor Vehicle Crash Report dated 4/14/2023.
3. Commercial Auto Policy Declarations Page for Atlantic Specialty Insurance Company, policy # 794000257.
4. Photographs of injuries.
5. Photographs of property damage.
6. Paint & body repair estimate and supplements thereto.

Plaintiff states that these are the documents that he is currently aware of and will be producing a copy of documents listed in 1, 2, 4 and 5. This matter is in the early stages of investigation and additional documents may be discovered and produced.

## ATTACHMENT D
### (Calculated Damages)

As of today's date, Plaintiff claims special damages as follows:

| Provider | Treating Physician | Medical Bill | Number of Visits |
|---|---|---|---|
| *Kaiser Permanente* | Joseph Brissette, M.D. | $5,434.00 | 3 |
| *1st Pain Specialists* | Joseph Palumbo, D.O. | $998.75 | 1 |
| *Injury Rx* | | $2,677.30 | 4 |
| *Regional Medical Group, LLC* | Marion Bruno-Gaston, M.D. | $8,185.42 | 1 |
| *Advanced Imaging Centers, LLC* | Jonathan C. Eugenio, M.D. | $9,600.00 | 4 Scans |
| *Thrive Medical Partners* | Malaka Mustafa, PA | $23,249.01 | 14 |
| *Atlanta Outpatient Surgery Center* | Siddhartha Thanawala, MD | $8,743.00 | 01 |
| *North Fulton Anesthesia Associates* | Zinna Rocha, MD | Pending | 01 |

Documents reflecting the above referenced amounts have been produced to Defendant.

Plaintiff is also making a claim for compensation related to general damages including past, present, and future pain and suffering, both mental and physical. The amount of such compensation would be left to the enlightened conscience of a well-informed and unbiased jury.

**ATTACHMENT E**
**(Insurance Agreement)**

Plaintiff states that she Defendant is producing a copy of the Commercial Auto Policy Declarations Page for the relevant insurance policy. Plaintiff states that she does not have a full copy of the policy at the present time. Defendant's insurance company is believed to maintain the original of the insurance policy and declaration page.